**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01486-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

Before the Court is appellant's November 7, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **December 27, 2018**.

/s/     ADA BROWN
        JUSTICE